# Court of Appeals
# of the State of Georgia

ATLANTA, _December 21, 2012_

*The Court of Appeals hereby passes the following order:*

**A13A0765.  JAMES REED v. THE STATE.**

On November 3, 2010, this Court granted James Reed's application for discretionary appeal.  The order notified Reed that he had ten days from the date of the order to file his notice of appeal.  See OCGA § 5-6-35 (g).  Reed, however, did not file his notice of appeal until November 24, 2010, twenty-one days after we issued our order.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *White v. White*, 188 Ga. App. 556 (373 SE2d 824) (1988).  Because Reed failed to file his notice of appeal within ten days of our order granting his application, his notice of appeal is untimely.  Accordingly, this appeal is DISMISSED for lack of jurisdiction.  See id.; OCGA § 5-6-35 (g).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/21/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*